AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMAL HENDERSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV422-240

UNITED STATES; CHATHAM CONTY DETENTION CENTER;

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered on January 6, 2023, Plaintiff's complaint is dismissed for failing to obey a court order and to prosecute this case. This action stands closed.

Approved by: _____
Magistrate Judge Christopher L. Ray

January 6, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020